**Order filed January 6, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00200-CR

_____

## DANIEL RAY GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 16-4669**

### O R D E R

Before this court are several pro se requests and motions concerning the filing of Appellant's briefs in this matter.

On the court's own motion, the court reconsiders its prior letter ruling of November 30, 2021, denying Appellant's pro se "Motion to Request to be Allowed to Submit Second Part of Brief Before November 29, 2021." Appellant's pro se "Motion to Request to be Allowed to Submit Second Part of Brief Before November 29, 2021," is hereby granted as of the date of this order. The forty-five

pages submitted by Appellant, as received by this court on December 2, 2021, shall be deemed to be a part of Appellant's brief in this matter. In the event the State wishes to file a brief responding to the matters received on December 2, 2021, the State's brief shall be due on or before February 7, 2022.

In light of the foregoing, Appellant's pro se "Motion to Object on Not Allowing Pro Se Appellant Submitt 2nd Part of Brief" filed on December 15, 2021, is dismissed as moot.

Appellant's pro se "Motion to Request This Appeas Court to Alow Pro Se Appellant Submitt a Reply Brief . . . and Object on States Request to Make Oral Argument" filed on December 27, 2021, is granted in part. Appellant's reply brief is due for filing on or before February 7, 2022. All other requests in said motion are denied.

Appellant has filed pro se motions that bear both Cause No. 11-21-00200-CR and Cause No. 11-21-00145-CR. While the appellant is the same in both cases, the cases have not been consolidated. In the future, Appellant is directed to file separate motions in each cause even if the motions request the same relief.

Finally, this matter shall be submitted on briefs on February 17, 2022.

PER CURIAM

January 6, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2